UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUMA AG RUDOLF DASSLER SPORT, a German Stock Company and PUMA NORTH AMERICA, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>K-SWISS, INC., a Delaware Corporation,<br><br>Defendant/Counter-Plaintiff. | Civil No.   10cv779-BTM (CAB)<br><br>**ORDER ON THIRD PARTY C1RCA FOOTWEAR AND APPAREL'S APPLICATION TO QUASH SUBPOENA**<br><br>**[Doc. No. 4]** |

On July 2, 2010, the Court held a second telephonic conference on third-party C1RCA Footwear & Apparel's application to quash a subpoena from K-Swiss, Inc. [Doc. No. 4.] Lynda Zadra-Symes, Esq., appeared for C1RCA. Neil Greenstein, Esq., appeared for K-Swiss. In accordance with this Court's previous order [Doc. No. 13], C1RCA produced reasonably available product catalogs of its footwear offerings to K-Swiss. K-Swiss identified 15 footwear models for which it sought additional information described in its subpoena. C1RCA made continuing objections to the production based primarily on confidentiality concerns. Having considered the submissions of the parties, and the arguments of counsel, C1RCA's application for an order quashing the K-Swiss subpoena is GRANTED in Part, and DENIED in Part.

K-Swiss narrowed its request to the sales information for a five-year period for the specific shoe models it identified from C1RCA's catalogs. This information is sufficiently relevant to its defenses in

the underlying litigation and C1RCA has not demonstrated that the burden to produce the information exceeds its relevance. The application to quash is therefore denied as to this request. C1RCA is **HEREBY ORDERED** to produce the sales information for each of the 15 footwear models identified by K-Swiss from mid-2005 to the present. The information may be produced as the total sales during the five-year period by model. C1RCA's objection to this production based on the confidential nature of this sales information is noted and the parties have agreed to submit a protective order that would permit C1RCA to identify its responsive production as confidential or highly confidential - attorneys' eyes only. The production will be made no later than **July 9, 2010** and will be subject to the proposed protective order, regardless of whether the order is entered after the production.

The application to quash is otherwise GRANTED. K-Swiss indicated it may seek a deposition following the production to, at a minimum, authenticate the records produced and establish that they are business records. Nothing in this order precludes K-Swiss from serving a deposition subpoena on C1RCA, or precludes C1RCA from objecting to the deposition subpoena, as necessary.

**IT IS SO ORDERED.**

DATED: July 2, 2010

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge